**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

**ANDREW TORO,** *on behalf of himself and all*
*others similarly situated*,

                           **Plaintiff,**         :         **23-CV-2894 (ALC)**

           **-against-**             :         **<u>ORDER</u>**

**MINT PRINTS, INC.,**

                        **Defendant.**     :

------------------------------------------------------------ X

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's response to its Order to Show Cause at ECF No. 6

and deems the order **SATISFIED**.  Plaintiff's deadline to effectuate service is extended to

**September 29, 2023**.

**SO ORDERED.**

**Dated**:   August 30, 2023
           New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**

1