**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

**ANDREW TORO,** *on behalf of himself and all*
*others similarly situated***,**

        **Plaintiff,**

    **-against-**

**MINT PRINTS, INC.,**

        **Defendant.**

-------------------------------------------------------- x

:  **23-CV-2894 (ALC)**

:  **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 13, 2023, the Court ordered Plaintiff to show cause by October 27, 2023 as to

why this action should not be dismissed without prejudice for failure to prosecute the case

pursuant to Fed. R. Civ. P. 41(b).  ECF No. 8.  Such showing was not made.  Accordingly, this

case is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  *See*

*LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that

Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure

to prosecute . . .").

**SO ORDERED.**

**Dated**: November 27, 2023
    New York, New York

          _____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**

1